

**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516) 334-4500  FAX (516) 334-4501  WWW.SOKOLOFFSTERN.COM

LEO DORFMAN
LDORFMAN@SOKOLOFFSTERN.COM

June 10, 2025

**By ECF**
Honorable Judge Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/12/2025
```

*MEMO ENDORSED*

Re:  *Congregation Rabbinical College of Tartikov et al. v.*
*Village of Pomona, NY et al.*
Docket No. 25-CV-01471
File No. 250063PK

Your Honor:

This firm represents Defendants. We write—with **Plaintiff's consent**—to respectfully request a 6-day extension of the June 14, 2025 deadline for Defendants to respond to the Amended Complaint and Plaintiff's motion for a preliminary injunction. We ask that the Court set June 20, 2025 as Defendants' deadline to respond and July 11, 2025 as Plaintiffs' deadline to reply.

This extension is necessary to give Defendants sufficient time to investigate and respond to the issues raised Plaintiffs' papers, especially because my recent trial ran longer than expected. This is Defendants' second request to extend this deadline.

Thank you for your consideration of this matter.

Respectfully submitted,

SOKOLOFF STERN LLP

*/s/ Leo Dorfman*

LEO DORFMAN

**The Court GRANTS Defendants' consented-to request to extend the deadline for Defendants to respond to the Amended Complaint to June 20, 2025 and for Defendants to reply to Plaintiff's motion for a preliminary injunction to July 11, 2025. The Clerk of Court is kindly requested to terminate the motion at ECF No. 30.**

**Dated: June 12, 2025**
**White Plains, New York**

SO ORDERED:

*/s/ Nelson S. Román*

NELSON S. ROMÁN
United States District Judge

cc: All Counsel of Record (Via ECF)

LONG ISLAND  •  HUDSON VALLEY