UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONGREGATION RABBINICAL INSTITUTE OF TARTIKOV, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VILLAGE OF POMONA, NY, et al., <br><br> Defendants. | Docket No. 25-cv-01471 (NSR) <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed *Memorandum of Law in Support of Defendants' Motion to Dismiss*, and upon all prior pleadings and proceedings in this case, Defendants will move this Court before the Honorable Nelson S. Roman, at the United States District Court, located at 300 Quarropas Street, White Plains, New York 10601, on a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), dismissing Plaintiff's Second Amended Complaint in its entirety, together with such other and further relief as the Court deems just, equitable, and proper.

Dated: Carle Place, New York
       November 3, 2025

**SOKOLOFF STERN LLP**
*Attorneys for Defendants*

By: _____
Leo Dorfman
Danielle Jacobs
179 Westbury Avenue
Carle Place, NY 11514
(516) 334-4500
File No. 250063PK

cc:   All parties by ECF